JOSEPH SCHLESINGER, CA Bar #87692
Acting Federal Defender
JEREMY S. KROGER, CA Bar #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JIMMY NEWELL

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 1:12-cr-00361 LJO-SKO-1 |
| Plaintiff, | STIPULATION TO VACATE STATUS CONFERENCE HEARING AND SET FOR CHANGE OF PLEA HEARING; ORDER THEREON |
| v. | |
| JIMMY NEWELL, | Date: April 1, 2013 |
| Defendant. | Time: 8:30 a.m. |
| | Judge: Honorable Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for April 1, 2013, at 10:00 a.m. **may be vacated and the matter reset for a change of plea hearing on April 1, 2013, at 8:30 a.m., before The Honorable Lawrence J. O'Neill.**

The requested change of plea hearing will conserve time and resources for both counsel and the court. The government has no objection to this request.

///

///

///

///

1   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2   that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a
3   speedy trial, including, but not limited to, the need for the period of time set forth herein for effective
4   defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: March 19, 2013

/s/ *Melanie L. Alsworth*
MELANIE L. ALSWORTH
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: March 19, 2013

/s/ *Jeremy Kroger*
JEREMY KROGER
Assistant Federal Defender
Attorneys for Defendant
JIMMY NEWELL

IT IS SO ORDERED.

**Dated:   March 19, 2013**         /s/  **Lawrence J. O'Neill**
                        UNITED STATES DISTRICT JUDGE